United States District Court
Southern District of Texas
**ENTERED**
May 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| LUIS HEBERTO MENENDEZ-FALCON, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00434 |
| MARKWAYNE MULLIN, *et al.,* | § | |
| "Respondents." | § | |
| | § | |

## <u>ORDER</u>

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus (28 U.S.C. § 2241)" (Dkt. No. 1) ("Petition"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition no later than 20 days after service of the Petition upon Respondents.

The Clerk of the Court is **DIRECTED** to deliver copies of the Petition (Dkt. No. 1) and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

SIGNED this May 4, 2026

Rolando Olvera
United States District Judge